# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KIRK MARKHAM, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>SHERIFF THEODORE JACKSON, and )<br>FULTON COUNTY SHERIFF'S OFFICE, )<br>)<br>   Defendants. )<br>_____ ) | CIVIL ACTION FILE NO.:<br>1:12-CV-03381-TWT |

## CONSENT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Kirk Markham, Plaintiff in the above-styled action, and files this Consent Stipulation of Dismissal With Prejudice, in which Plaintiff specifically dismisses all claims raised in the above-styled civil action with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each side shall bear its own costs and expenses of this action.

This 8th day of August, 2013.

Respectfully submitted,

**PRIOLEAU & MILFORT, LLC**

/s/ Job J. Milfort, Esq.
Job J. Milfort, Esq.
Georgia Bar No. 515915

505 Pryor Street, S.W.
Atlanta, Georgia 30312
(404) 681-4886 – Office
(404) 920-3330 – Facsimile

*Attorney for Plaintiff*


**CONSENTED TO:**

/s/ Larry W. Ramsey, Jr.
Larry W. Ramsey, Jr.
Georgia Bar No. 593613

/s/ Kaye Woodard Burwell
Kaye Woodard Burwell
Georgia Bar No. 775060

/s/ Lanna R. Hill
Lanna R. Hill
Georgia Bar No. 354357

/s/ Kristen B. Williams
Kristen B. Williams
Georgia Bar No. 515324

OFFICE OF THE FULTON COUNTY ATTORNEY
141 Pryor Street, Suite 4038
Atlanta, Georgia 30303
Tel: (404) 612-0246
Fax: (404) 730-6324

*Attorneys for Defendant Fulton County, Georgia*